1 Joel E. Tasca
Nevada Bar No. 14124
2 Madeleine Coles
Nevada Bar No. 16216
3 BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
4 Las Vegas, Nevada 89135
Telephone: (702) 471-7000
5 Facsimile: (702) 471-7070
tasca@ballardspahr.com
6 colesm@ballardspahr.com

7 *Attorneys for Defendant
Merrick Bank Corp.*

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTICE AKINS,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC and MERRICK BANK CORP.,<br><br>Defendants. | CASE NO. 2:23-cv-01037-APG-DJA<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MERRICK BANK CORP. TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(First Request) |

The deadline for Defendant Merrick Bank Corp. ("Merrick") to respond to Plaintiff's Complaint is August 21, 2023. Merrick has requested, and Plaintiff has agreed, that Merrick shall have up to and including September 4, 2023, to respond to Plaintiff's Complaint to provide time for Merrick to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Merrick.

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

///

///

///

DMWEST #17703735 v1

1   DATED this 18 day of August, 2023.

| BALLARD SPAHR LLP | CONTEMPORARY LEGAL SOLUTIONS |
|---|---|
| By: /s/ Madeleine Coles<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Madeleine Coles<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Merrick Bank Corp.* | By: /s/ Robert M. Tzall<br>Robert M. Tzall<br>Nevada Bar No. 13412<br>2551 North Green Valley Pkwy.<br>Building C, Suite 303<br>Henderson, Nevada 89014<br>(702) 666-0233<br>office@contemporarylegalsolutions.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  August 21, 2023

2

DMWEST #17703735 v1