Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant
Merrick Bank Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTICE AKINS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC and MERRICK BANK CORP.,<br><br>　　　　　Defendants. | CASE NO. 2:23-cv-01037-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MERRICK BANK CORP. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Third Request) |

　　　　The deadline for Defendant Merrick Bank Corp. ("Merrick") to respond to Plaintiff's Complaint is September 19, 2023. Merrick has requested, and Plaintiff has agreed, that Merrick shall have up to and including October 3, 2023, to respond to Plaintiff's Complaint to provide time for the parties to continue their discussions regarding a potential early resolution of the claims asserted against Merrick.

　　　　This is the third request for such an extension, and it is made in good faith and not for purposes of delay.

///

///

///

///

DMWEST #17703735 v1

DATED this 19th day of September, 2023.

| BALLARD SPAHR LLP | CONTEMPORARY LEGAL SOLUTIONS |
|---|---|
| By: /s/ Madeleine Coles <br> Joel E. Tasca <br> Nevada Bar No. 14124 <br> Madeleine Coles <br> Nevada Bar No. 16216 <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas, Nevada 89135 <br><br> *Attorneys for Defendant Merrick Bank Corp.* | By: /s/ Robert M. Tzall <br> Robert M. Tzall <br> Nevada Bar No. 13412 <br> 2551 North Green Valley Pkwy. <br> Building C, Suite 303 <br> Henderson, Nevada 89014 <br> (702) 666-0233 <br> office@contemporarylegalsolutions.com <br><br> *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 20, 2023

DMWEST #17703735 v1