**Eliyahu Babad**
Stein Saks, PLLC
One University Plaza
Hackensack, NJ 07601
Tel: 201-282-6500
ebabad@steinsakslegal.com

**Madeleine Coles**
Ballard Spahr LLP
1980 Fesitival Plaza Dr. ste 900
Las Vegas, NV 89135
Tel:  702-379-1157
colesm@ballardspahr.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Justice Akins,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Equifax Information Services, LLC and Merrick Bank Corp.;<br>　　　　Defendant. | Docket No.  2:23-CV-1037-APG-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO MERRICK BANK CORP.** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Justice Akins ("Plaintiff") and Merrick Bank Corp. ("Defendant"), by and through their respective counsel of record, that the above-captioned action, including all parties and claims alleged therein, be and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

　　　　Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated: November 22, 2023

/s/*Eliyahu Babad*
Eliyahu Babad
**Stein Saks, PLLC**
*Attorneys for Plaintiff*

/s/ *Madeleine Coles*
Madeleine Coles
**Ballard Spahr, LLP**
*Attorneys for Defendant*

**IT IS SO ORDERED.**

**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**

**DATED: November 28, 2023**