|     |     |
| --- | --- |
| 1   | **Eliyahu Babad** |
| 2   | Stein Saks, PLLC |
|     | One University Plaza |
| 3   | Hackensack, NJ 07601 |
|     | Tel: 201-282-6500 |
| 4   | ebabad@steinsakslegal.com |
| 5   | **Gia Marina** |
| 6   | Clark Hill, PLC |
|     | 1700 South Pavilion Center Drive Suite 500 |
| 7   | Las Vegas, NV 89135 |
|     | Tel:  702-862-8300 |
| 8   | gmarina@clarkhill.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| Justice Akins, | ) Docket No.  2:23-CV-1037-APG-DJA |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC** |
| Equifax Information Services, LLC and Merrick Bank Corp.; | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Justice Akins ("Plaintiff") and Equifax Information Services, LLC ("Defendant"), by and through their respective counsel of record, that the above-captioned action, including all parties and claims alleged therein, be and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated:  May 17, 2024

| | |
|---|---|
| /s/*Eliyahu Babad* <br> Eliyahu Babad <br> **Stein Saks, PLLC** <br> *Attorneys for Plaintiff* | */s/ Gia Marina* <br> Gia Marina <br> **Clark Hill, PLC** <br> *Attorneys for Defendant* |

IT IS SO ORDERED:

Dated: May 20, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE